Corinne Chandler, - State Bar No. 111423
 E-mail: cchandler@kantorlaw.net
Andrew M. Kantor – State Bar No. 303093
 E-mail: akantor@kantorlaw.net
Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Debra Long

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>    Defendant. | CASE NO. 4:20-cv-02215- WHO<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

The parties hereto, Plaintiff Debra Long ("Plaintiff") and Defendant Life Insurance Company of North America ("LINA"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) or In The Alternative for Summary Judgment Under FRCP 56 on June 3, 2020; and

WHEREAS, The hearing on said Motion is July 15, 2020; and

WHEREAS, Plaintiff's response to Defendant's Motion is due by June 17, 2020; and

WHEREAS, Defendant's reply is due by June 26, 2020; and

WHEREAS, the parties are desirous of continuing the hearing and briefing schedule for a period of fourteen (14) days;

NOW, THEREFORE, the parties stipulate and request the Court continue the deadline for Plaintiff to file her responding brief to July 1, 2020, continue the deadline for Defendant to file its reply brief to July 10, 2020, and continue the hearing on Defendant's Motion to Dismiss to July 29, 2020, to or a date convenient to the court's calendar.

DATED: June 12, 2020                                KANTOR & KANTOR, LLP

By      /s/ Andrew M. Kantor
       Andrew M. Kantor
       Attorneys for Plaintiff
       Debra Long

DATED: June 12, 2020                                MESERVE, MUMPER & HUGHES, LLP

By:     /s/ Anna M. Martin
       Anna M. Martin
       Attorneys for Defendant
       Life Insurance Company of North America

### *Filer's Attestation*

*The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.*

### ORDER

Based on the parties' Stipulation, **as modified below**, and good cause appearing, the hearing on Defendant's Motion to Dismiss is continued to **August 12, 2020**, the deadline for Plaintiff's to file her responding brief is continued to July 1, 2020, and the deadline for Defendant to file its reply brief is continued to July 10, 2020

**IT IS SO ORDERED**.

Dated:  June 15, 2020                       _____
                                             Hon. William H. Orrick
                                             United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525