| | |
|---|---|
| 1 | Corinne Chandler (Bar No. 111423) |
|   | cchandler@kantorlaw.net |
| 2 | Andrew M. Kantor (Bar No. 303093) |
|   | akantor@kantorlaw.net |
| 3 | Glenn R. Kantor (Bar No. 122643) |
|   | gkantor@kantorlaw.net |
| 4 | KANTOR & KANTOR LLP |
|   | 19839 Nordhoff Street |
| 5 | Northridge, CA 91324 |
|   | Telephone: (818) 886-2525 |
| 6 | Facsimile: (818) 350-6272 |
| 7 | Attorneys for Plaintiff |
|   | DEBRA LONG |
| 8 | |
|   | Anna Maria Martin (Bar No. 154279) |
| 9 | amartin@mmhllp.com |
|   | Heather E. Horn (Bar No. 318242) |
| 10 | hhorn@mmhllp.com |
|    | MESERVE, MUMPER & HUGHES LLP |
| 11 | 1000 Wilshire Boulevard, Suite 1860 |
|    | Los Angeles, California 90017-2457 |
| 12 | Telephone:  (213) 620-0300 |
|    | Facsimile:  (213) 625-1930 |
| 13 | |
|    | Attorneys for Defendant |
| 14 | LIFE INSURANCE COMPANY OF NORTH AMERICA |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | | |
|---|---|---|
| DEBRA LONG, | ) | Case No. 3:20-cv-02215-WHO |
|  | ) | |
| Plaintiff, | ) | **SECOND JOINT STIPULATION TO** |
|  | ) | **CONTINUE BRIEFING SCHEDULE ON** |
| vs. | ) | **DEFENDANT'S MOTION TO DISMISS** |
|  | ) | **COMPLAINT; ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
|  | ) | Judge:  William H. Orrick |
|  | ) | Dept:   2, 17th Fl. |
| Defendant. | ) | |
|  | ) | Complaint Filed:  April 1, 2020 |

The parties hereto, Plaintiff Debra Long ("Plaintiff") and Defendant Life Insurance Company of North America ("LINA"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) or In The Alternative for Summary Judgment Under FRCP 56 on June 3, 2020; and

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173923.1

1

Case No.  3:20-cv-02215-WHO
2nd JT STIP TO CONT. BRIEFING SCHED.;
[PROPOSED] ORDER

1    WHEREAS, The hearing on said Motion is August 12, 2020; and

2    WHEREAS, Plaintiff filed her response to Defendant's Motion on July 1, 2020; and

3    WHEREAS, Defendant's reply is due by July 10, 2020; and

4    WHEREAS, the Court set a Case Management Conference for August 12, 2020; and

5    WHEREAS, the parties are desirous of continuing the briefing schedule for a
6    period of seven (7) days to allow for ongoing discussions regarding possible remand and/or mediation
7    as well as other related matters; and

8    WHEREAS, this stipulation will not alter the date of the hearing on said Motion or the Case
9    Management Conference; and

10   NOW, THEREFORE, the parties stipulate and respectfully request the Court continue the
11   deadline for Defendant to file its responding brief to July 17, 2020.

12   **IT IS SO STIPULATED**.

13   Dated:  July 8, 2020                KANTOR & KANTOR LLP
                                         Corinne Chandler
14                                       Andrew M. Kantor
                                         Glenn R. Kantor
15

16
                                         By:  */s/ Glenn R. Kantor*
17                                            Glenn R. Kantor
                                              Attorneys for Plaintiff
18                                            DEBRA LONG

19
20   Dated: July 8, 2020                 MESERVE, MUMPER & HUGHES LLP
                                         Anna Maria Martin
                                         Heather E. Horn
21

22
                                         By:  */s/ Anna Maria Martin*
23                                            Anna Maria Martin
                                              Attorneys for Defendant
24                                            LIFE INSURANCE COMPANY OF
                                              NORTH AMERICA
25
                            **FILER'S ATTESTATION**
26
27   The filing attorney attests that she has obtained concurrence regarding the filing of this
28   document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173923.1

2

Case No.  3:20-cv-02215-WHO
2nd JT STIP TO CONT. BRIEFING SCHED.;
[PROPOSED] ORDER

**\*\*\*ORDER\*\*\***

Based upon the stipulation of the parties and for good cause shown, the hearing on Defendant's Motion to Dismiss and the Case Management Conference set for August 12, 2020 remains unchanged, and the deadline for Defendant to file its reply brief is continued to July 17, 2020.

**IT IS SO ORDERED.**

Dated: ___July 9___, 2020

_____
Honorable William H. Orrick
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

173923.1

3

Case No.  3:20-cv-02215-WHO
2nd JT STIP TO CONT. BRIEFING SCHED.;
[PROPOSED] ORDER