Corinne Chandler (Bar No. 111423)
cchandler@kantorlaw.net
Andrew M. Kantor (Bar No. 303093)
akantor@kantorlaw.net
Glenn R. Kantor (Bar No. 122643)
gkantor@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
DEBRA LONG

Nicole Y. Blohm (Bar No. 1777284)
nblohm@mmhllp.com
Heather E. Horn (Bar No. 318242)
hhorn@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA LONG,<br><br>           Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>           Defendant. | Case No.  3:20-cv-02215-WHO<br><br>**STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS; TO EXTEND THE TIME FOR LINA TO FILE A RESPONSIVE PLEADING AND TO STAY CASE PENDING ADMINISTRATIVE APPEAL AND ORDER THEREON**<br><br>Judge:   Hon. William Orrick<br><br>Complaint filed: April 1, 2020 |

Plaintiff DEBRA LONG ("Plaintiff") and Defendant LINA INSURANCE COMPANY OF NORTH AMERICA ("LINA" and/or "Defendant") (collectively "the Parties") by and through their undersigned counsel of record hereby respectfully submit this Stipulation to Withdraw Defendant's

Motion to Dismiss; To Extend the Time For LINA to File a Responsive Pleading; and, To Stay Case Pending Administrative Appeal.

WHEREAS the Parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq.*;

WHEREAS Plaintiff did not submit an appeal within the time deadlines set forth in the Plan; but attempted thereafter to appeal the denial of her claim;

WHEREAS LINA did not consider Plaintiff's attempts to appeal;

WHEREAS Defendant filed a Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) on June 3, 2020 for failure to exhaust administrative remedies (Dkt. #20);

WHEREAS, after obtaining an extension to respond, Plaintiff filed her Opposition to Defendant's Motion to Dismiss Complaint on July 1, 2020; and,

WHEREAS Defendant's Reply is due by July 17, 2020.; and,

WHEREAS LINA has now agreed to consider Plaintiff's appeal;

WHEREAS the parties believe that there is good cause for the Court to stay this matter to allow an administrative appeal to go forward with LINA.  If Plaintiff is allowed to submit her administrative appeal, then LINA, as the claims administrator, will be able to render a decision in the first instance, which, if adverse to plaintiff, can be reviewed by this Court.  Additionally, if LINA approves Plaintiff's claim on administrative appeal, then the Court will be relieved from reviewing the administrative record and making a determination as to whether Plaintiff is entitled to benefits under the Plan.

For good cause shown, the parties HEREBY STIPULATE, through their respective counsel, to the following:

1.  LINA's Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) filed on June 3, 2020 (Dkt. #20) is hereby withdrawn.  The time period for LINA to file a responsive pleading to Plaintiff's Complaint shall be extended to 14 days after its decision on Plaintiff's appeal, if necessary;

2

Case No.
3:20-cv-02215-WHO
STIPULATION TO STAY CASE PENDING
ADMINISTRATIVE APPEAL

174414
LAW OFFICES
MESERVE,

2. This matter be stayed to allow Plaintiff an opportunity to submit an appeal of the denial of her claim for long term disability benefits and for LINA to conduct its Administrative Appeal review and render a decision;

3. Plaintiff will have forty five (45) days to submit her Administrative Appeal to LINA;

4. The parties agree to reasonably cooperate with one another during the administrative appeal proceedings;

5. LINA's review of Plaintiff's appeal will begin upon Plaintiff's notification that LINA has received all documents that Plaintiff intends to submit;

6. LINA will render its decision in accordance with the ERISA regulations in effect on September 25, 2017 (Plaintiff's claimed date of disability): 45 days with a right to exercise an additional 45 days if necessary, excluding periods of tolling, if applicable, unless otherwise stipulated to by the parties in writing.

7. All new information received, generated, or considered during LINA's Administrative Appeal review will be included in and form a part of the Administrative Record.

8. Once LINA renders a decision on Plaintiff's Administrative Appeal, the Parties, through their respective counsel, will notify the Court as to the result, and seek relief appropriately thereafter;

9. The Parties will provide the Court with a status on or before December 17, 2020, if LINA has not yet rendered a decision on Plaintiff's Administrative Appeal.

10. Plaintiff intends to make a motion for an award of attorneys' fees. However, the parties have agreed to attempt to negotiate a compromise of said claim. It is hereby agreed that if said negotiations are unsuccessful, Plaintiff may make her motion upon thirty (30) days written notice to Defendant and that the court will retain jurisdiction for that purpose. Defendant reserves all rights to oppose said Motion.

**IT IS SO STIPULATED**.

3

174414

LAW OFFICES
**MESERVE,**

Case No.
3:20-cv-02215-WHO
STIPULATION TO STAY CASE PENDING
ADMINISTRATIVE APPEAL

| | | |
|---|---|---|
| Dated: July 16, 2020 | | KANTOR & KANTOR LLP<br>Corinne Chandler<br>Andrew M. Kantor<br>Glenn R. Kantor |
| | By: | */s/ Corinne Chandler*<br>Corinne Chandler<br>Attorneys for Plaintiff<br>DEBRA LONG |
| Dated: July 16, 2020 | | MESERVE, MUMPER & HUGHES LLP<br>Nicole Y. Blohm<br>Heather E. Horn |
| | By: | */s/ Nicole Y. Blohm*<br>Nicole Y. Blohm<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA |

# O R D E R

**IT IS HEREBY ORDERED** as follows:

LINA's Motion to Dismiss Plaintiff's Complaint (Dkt. #20) is hereby withdrawn;

The time period for LINA to file a responsive pleading to Plaintiff's Complaint will be extended to 14 days after its decision on Plaintiff's Administrative Appeal, if necessary;

This matter is stayed pending the submission by Plaintiff and review by LINA of an Administrative Appeal of the denial of Plaintiff's long- term disability benefits claim;

The Parties shall file a Joint Status Report advising the Court of the status of the Administrative Appeal on or before December 17, 2020;

4

Case No.
3:20-cv-02215-WHO
STIPULATION TO STAY CASE PENDING
ADMINISTRATIVE APPEAL

174414
LAW OFFICES
MESERVE,

**A Case Management Conference is set for January 26, 2021 at 2:00 p.m.**; and

Plaintiff is permitted to file a Motion for an award of attorneys' fees upon thirty (30) days written notice to Defendant and the court will retain jurisdiction for that purpose. Defendant is permitted to oppose said Motion.

**IT IS SO ORDERED.**

Dated: July 17  2020

_____
The Honorable William H. Orrick
United States District Court Judge

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

5

174414

LAW OFFICES
MESERVE,

Case No.
3:20-cv-02215-WHO
STIPULATION TO STAY CASE PENDING
ADMINISTRATIVE APPEAL