Corinne Chandler, - State Bar No. 111423
 E-mail: cchandler@kantorlaw.net
Andrew M. Kantor – State Bar No. 303093
 E-mail: akantor@kantorlaw.net
Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Debra Long

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DEBRA LONG, | CASE NO. 3:20-cv-02215-WHO |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its and her own fees and costs.


DATED: August 17, 2021        KANTOR & KANTOR, LLP


                    By   */s/ Corinne Chandler*
                       Corinne Chandler
                       Attorney for Plaintiff
                       DEBRA LONG

DATED: August 17, 2021                                         MESERVE, MUMPER & HUGHES LLP

By  */s/ Nicole Y. Blohm*
    Nicole Y. Blohm
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

*Filer's Attestation*

*The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.*

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: August 18, 2021

_____
The Honorable William H. Orrick
United States District Court Judge